IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Borough of Parkesburg,                    :
               Appellant            :
                                    :
       v.                         :      No. 1393 C.D. 2017
                                    :
Joseph M. Rzonca                          :

## **O R D E R**

NOW, February 1, 2019, having considered appellee's application for reconsideration/reargument, and appellant's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge